IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | : : : : : : : : | MDL No. 2724<br>16-md-2724<br><br>HON. CYNTHIA M. RUFE<br><br>Civil Action No.:  20-cv-3539 |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance on behalf of Mitchell Blashinsky in the above-captioned matter.

                                      Respectfully Submitted,

                                      /s/ Elizabeth S. Fenton
                                      Elizabeth S. Fenton
                                      Saul Ewing Arnstein & Lehr LLP
                                      PA Bar No. 85441
                                      1201 N. Market Street, Suite 2300
                                      Wilmington, DE  19899-1266
                                      (302) 421-6824

                                      Saul Ewing LLP
                                      Centre Square West
                                      1500 Market Street, 38th Floor
                                      Philadelphia, PA  19102-2186
                                      (215) 972-7874

July 21, 2020

-2-

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Entry of Appearance was filed via the court's electronic filing system and served on all counsel of record.

*/s/Elizabeth S. Fenton*
Elizabeth S. Fenton (No. 85441)
