## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724** <br> **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** <br><br> *State of Connecticut, et al v. Sandoz, Inc., et al.* | **C.A. No. 20-cv-03539** |

## JOINT ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter the appearance of the following attorneys at Fox Rothschild LLP, as attorneys for Lannett Company, Inc., in connection with the above-captioned matters:

Dated: July 23, 2020

/s/ Gerald E. Arth
Gerald E. Arth
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2000
Fax: (215) 299-2150
garth@foxrothschild.com

/s/ Ryan T. Becker
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2000
Fax: (215) 299-2150
rbecker@foxrothschild.com

*/s/ Nathan M. Buchter*
*FOX ROTHSCHILD LLP*
*2000 Market Street, 20th Floor*
*Philadelphia, PA 19103*
*Tel: (215) 299-2000*
*Fax: (215) 299-2150*
*nbuchter@foxrothschild.com*

*Attorneys for Defendant*
*Lannett Company, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, 2020, I caused the foregoing Joint Entry of Appearance to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

/s/ Ryan T. Becker
Ryan T. Becker, Esquire

Dated:  July 23, 2020