IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUITICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Connecticut, et al v. Sandoz, Inc., et al* | HON. CYNTHIA M. RUFE<br><br>2:20-cv-03539-CMR |

**JOINT STIPULATION TO WAIVE SERVICE
AND EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND
TO THE STATES' JUNE 10, 2020 COMPLAINT**

WHEREAS, the States of Connecticut; Alabama; Alaska; Arizona; Arkansas; Colorado; District of Columbia; Delaware; Florida; Georgia; Territory of Guam; Hawaii; Idaho; Illinois; Indiana; Iowa; Kansas; Kentucky; Louisiana; Maine; Maryland; Massachusetts; Michigan; Minnesota; Mississippi; Missouri; Montana; Nebraska; Nevada; New Hampshire; New Jersey; New Mexico; New York; North Carolina; North Dakota; Northern Mariana Islands; Ohio; Oklahoma; Oregon; Pennsylvania; Puerto Rico; Rhode Island; South Carolina; Tennessee; Utah; U.S. Virgin Islands; Vermont; Virginia; Washington; West Virginia; and Wisconsin (collectively the "States") filed a Complaint on June 10, 2020, in *State of Connecticut, et al v. Sandoz, Inc., et al* (the "June 10, 2020 Complaint"), Case No. 3:20-cv-00802-SRU (D. Conn.), which was transferred by the United States Judicial Panel on Multidistrict Litigation on July 20, 2020 to the Eastern District of Pennsylvania, assigned Case No. 2:20-cv-03539-CMR, and centralized for pretrial proceedings as part of *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-2724-CMR, MDL No. 2724;

WHEREAS, Defendants Actavis Elizabeth LLC; Actavis Holdco Us, Inc.; Actavis Pharma, Inc.; Amneal Pharmaceuticals, Inc.; Amneal Pharmaceuticals, LLC; Ara Aprahamian;

Armando Kellum; Aurobindo Pharma U.S.A., Inc.; Bausch Health Americas, Inc.; Bausch Health Us, LLC; Douglas Boothe; Erika Vogel-Baylor; Fougera Pharmaceuticals Inc.; G&W Laboratories, Inc.; Glenmark Pharmaceuticals Inc., USA; Greenstone LLC; James (Jim) Grauso; John Wesolowski; Kurt Orlofski; Lannett Company, Inc.; Lupin Pharmaceuticals, Inc.; Mallinckrodt Inc.; Mallinckrodt LLC[1]; Michael Perfetto; Mitchell Blashinsky; Mylan Inc.; Mylan Pharmaceuticals Inc.; Perrigo New York, Inc.; Pfizer Inc.; Sandoz Inc.; Sun Pharmaceutical Industries, Inc.; Taro Pharmaceuticals USA, Inc.; Teligent, Inc.; Walter Kaczmarek; Wockhardt USA LLC (collectively, "Stipulating Defendants") have agreed to waive service of the Complaint and the parties have reached an agreement to extend the time within which the Stipulating Defendants must move against, answer, or otherwise respond to the States' June 10, 2020 Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. The Stipulating Defendants waive service of the States' June 10, 2020 Complaint and Summonses pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

2. In exchange for their agreement to waive service, the deadline for the Stipulating Defendants to move, answer, or otherwise respond to the States' June 10, 2020 Complaint is ADJOURNED until such time as the Court may provide for such response in the Case Management Plan and Order entered as a result of ongoing discussions among the Court, the Special Master, and the parties.

---

[1] Mallinckrodt plc is not a Stipulating Defendant.

2

3. This Stipulation does not constitute a waiver by Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

Dated: September 8, 2020                                    Respectfully submitted,

*/s/ Laura J. Martella*                                                */s/ W. Joseph Nielsen*
Laura J. Martella                                                      W. Joseph Nielsen
Assistant Attorney General                                  Assistant Attorney General
165 Capitol Avenue                                              165 Capitol Avenue
Hartford, CT 06106                                              Hartford, CT 06106
Telephone: (860) 808-5224                                  Telephone: (860) 808-5040
Fax: (860) 808-5033                                              Fax: (860) 808-5033
Laura.Martella@ct.gov                                         Joseph.nielsen@ct.gov

*Counsel for the State of Connecticut*                *Liaison Counsel for the States*

*/s/ Jan P. Levine*                                                   */s/ Sheron Korpus*
Jan P. Levine                                                            Sheron Korpus
TROUTMAN PEPPER                                          KASOWITZ BENSON TORRES LLP
3000 Two Logan Square                                      1633 Broadway
Philadelphia, PA 19103-2799                              New York, NY 10019
Tel: (215) 981-4000                                              Tel: (212) 506-1700
Fax: (215) 981-4750                                              Fax: (212) 506-1800
jan.levine@troutman.com                                    skorpus@kasowitz.com

*/s/ Sarah F. Kirkpatrick*                                      */s/ Chul Pak*
Sarah F. Kirkpatrick                                              Chul Pak
WILLIAMS & CONNOLLY, LLC                       WILSON SONSINI GOODRICH & ROSATI
725 Twelfth Street, N.W.                                      P.C.
Washington, DC 20005                                         1301 Avenue of the Americas, 40th Flr.
Tel: (202) 434-5958                                               New York, NY 10019
skirkpatrick@wc.com                                            Tel: (212) 999-5800
                                                                                Fax: (212) 999-5899
*/s/ Devora W. Allon*                                          cpak@wsgr.com
Devora W. Allon, P.C.
KIRKLAND & ELLIS LLP                                  *Defendants' Liaison Counsel*
601 Lexington Avenue
New York, NY 10022
Tel: (212) 909-3344
Fax: (212) 446-6460
devora.allon@kirkland.com