## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO:**<br><br>*State of Connecticut, et al. v. Sandoz, Inc., et al* | **HON. CYNTHIA M. RUFE**<br><br>**Civil Action No. 2:20-cv-3539** |

## MOTION TO UNSEAL REDACTED INFORMATION
## IN THE PLAINTIFF STATES' COMPLAINT

Plaintiff State of Connecticut, on behalf of itself, 49 other States and Territories and the District of Columbia (collectively, "Plaintiff States"), hereby move this Court for an Order to unseal the Complaint filed in this matter on June 10, 2020.  For the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference, Plaintiff States respectfully request that the Court enter the attached proposed Order.  Although undersigned counsel contacted Defendants to obtain their position regarding this Motion, as of the date of this filing, Defendants have not responded to that request.

Dated:  September 22, 2020

Respectfully submitted,

PLAINTIFF

WILLIAM TONG
ATTORNEY GENERAL

BY:     /s/ Laura J. Martella
        W. Joseph Nielsen
        Federal Bar No. ct20415
        Laura J. Martella
        Federal Bar No. ct27380
        Christine Miller
        Federal Bar No. ct30794
        Assistant Attorneys General
        165 Capitol Avenue
        Hartford, CT  06106
        Tel: (860) 808-5040
        Fax: (860) 808-5033
        Joseph.Nielsen@ct.gov
        Laura.Martella@ct.gov
        Christine.Miller@ct.gov