UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| State of Connecticut, et al | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | HON. CYNTHIA M. RUFE |
| | : | |
| Sandoz, Inc. et al | : | Civil Action No. 20-cv-03539 |
| | : | |
| Defendants | : | |

**<u>Praecipe to Issue Alias Summons</u>**

TO THE CLERK OF THE COURT:

On June 10, 2020, undersigned counsel for the Plaintiff States filed a Complaint against the Defendants in the District Court of Connecticut. Said case was transferred to the Eastern District Court of Pennsylvania on July 15, 2020.

On September 8, 2020, the Defendants filed a Joint Stipulation to Waive Service and Extend the Deadline for Defendants to Respond to the States' June 10, 2020 Complaint. Defendant Mallinckrodt plc. was not a stipulating defendant.

At this time, counsel for the Plaintiff States is respectfully requesting the Clerk to issue an alias summons so that service can be completed.

Date:  December 2, 2020                              Respectfully submitted,

                                              __/s/ Laura J. Martella_____
Laura J. Martella
Federal Bar No. ct27380
Assistant Attorney General
Office of the CT Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5040
Fax: (860) 808-5391
Email:  laura.martella@ct.gov