# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: STATE ATTORNEYS GENERAL CASES STATE OF CONNECTICUT, ET AL V. SANDOZ, INC., ET AL. | MDL 2724<br>16-MD-2724 |
| CIVIL ACTION NO.: 20-3539 | HON. CYNTHIA M. RUFE<br><br>Civil Action No. 20-3539 |
| THIS DOCUMENT RELATES TO:<br>*State Attorneys General Litigation* | |

## STIPULATED MOTION PURSUANT TO RULE 15 TO DISMISS SPECIFIC CLAIMS

WHEREAS, Plaintiff States, Territories, and the District of Columbia filed an Amended Complaint in this action on September 9, 2021 (Dkt. No. 62, the "Amended Complaint");

WHEREAS, the State of California ("California") had not previously asserted claims in this action, but joined the Amended Complaint and asserted claims against the Defendants under federal and state law;

WHEREAS, among other causes of action, California brought claims assigned to it pursuant to California Government Code Sections 4552-54 by vendors and intermediaries that had purchased generic pharmaceuticals on behalf of California (Amended Complaint ¶ 2117, the "Assigned Claims");

WHEREAS, California no longer wishes to continue to pursue the Assigned Claims and accordingly seeks to have them dismissed without prejudice;

WHEREAS, Federal Rule of Civil Procedure 15(a)(2) provides that the "court should freely give leave" to amend;

WHEREAS, Defendants do not object to California dismissing the Assigned Claims without prejudice;

WEHERAS, Defendants retain, and do not waive, any rights related to the Assigned Claims, including (a) the right to oppose any effort by California to re-assert these claims in the future; and (b) the right to seek discovery from California related to the Assigned Claims if California ever re-asserts them;

NOW THEREFORE, California and Defendants accordingly stipulate and move the Court to dismiss the Assigned Claims without Prejudice.

Dated: April 18, 2022

                                              PLAINTIFF
                                              STATE OF CALIFORNIA
                                              ROB BONTA
                                              ATTORNEY GENERAL

BY:    /s/ David Houska
           David S. Houska
           Deputy Attorney General
           CA Bar No.: 295918
           Office of the Attorney General California
           Department of Justice
           455 Golden Gate Avenue, Suite 11000
           San Francisco, CA 94102
           Tel: (415) 510-3474
           Fax: (415) 703-5480
           Email: david.houska@doj.ca.gov

           */s/ Sheron Korpus*
           Sheron Korpus
           Seth A. Moskowitz
           Seth Davis
           David M. Max
           KASOWITZ BENSON TORRES LLP
           1633 Broadway
           New York, New York 10019
           Telephone: (212) 506-1700

skorpus@kasowitz.com
smoskowitz@kasowitz.com
sdavis@kasowitz.com
dmax@kasowitz.com

*Counsel for Defendants Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., and Actavis Pharma, Inc.*

*/s/ Raymond A. Jacobsen, Jr.*
Raymond A. Jacobsen, Jr.
Paul M. Thompson (Pa. Bar No. 82017)
Lisa (Peterson) Rumin
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, D.C. 20001
Telephone: (202) 756-8000
rayjacobsen@mwe.com
pthompson@mwe.com
lrumin@mwe.com

Nicole L. Castle
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
ncastle@mwe.com

*Counsel for Defendants Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC*

*/s/ Wayne A. Mack*
Wayne A. Mack
Sean P. McConnell
Sarah O'Laughlin Kulik
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1152
wamack@duanemorris.com
spmcconnell@duanemorris.com
sckulik@duanemorris.com

*Counsel for Defendant Aurobindo Pharma USA, Inc.*

*/s/ Robin D. Adelstein*

Robin D. Adelstein
Mark A. Robertson
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (212) 318-3000
Facsimile: (212) 408-5100
robin.adelstein@nortonrosefulbright.com
mark.robertson@nortonrosefulbright.com

*Counsel for Defendants Bausch Health Americas, Inc. and Bausch Health US LLC*

*/s/ Marguerite M. Sullivan*
Marguerite M. Sullivan
Anna M. Rathbun
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com
anna.rathbun@lw.com

*Counsel for Defendant G&W Laboratories*

*/s/ Dimitria Doufekias*
Dimitria Doufekias
Megan E. Gerking
Robert W. Manoso
Alexa Rae DiCunzolo
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037
Tel.: (202) 887-1500
Fax: (202) 887-0763
ddoufekias@mofo.com
mgerking@mofo.com
rmanoso@mofo.com
adicunzolo@mofo.com

Michael B. Miller
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019

Tel.: (212) 468-8000
Fax: (212) 468-7900
mbmiller@mofo.com

*Counsel for Defendant Glenmark Pharmaceuticals, Inc., USA*

*/s/ Gerald E. Arth*
Gerald E. Arth
Ryan T. Becker
Nathan M. Buchter
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Telephone: (215) 299-2000
Fax: (215) 299-2150
garth@foxrothschild.com
rbecker@foxrothschild.com
nbuchter@foxrothschild.com

George G. Gordon
Julia Chapman
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2000
Fax: (215) 994-2222
george.gordon@dechert.com
julia.chapman@dechert.com

*Counsel for Defendant Lannett Company, Inc.*

*/s/ Leiv Blad*
Leiv Blad
COMPETITION LAW PARTNERS
1101 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 742-4300
leiv@competitionlawpartners.com

Zarema Jaramillo
Meg Slachetka
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 753-3800

Facsimile: (202) 753-3838
zjaramillo@lowenstein.com
mslachetka@lowenstein.com

*Counsel for Defendant Lupin Pharmaceuticals, Inc.*

*/s/ Benjamin F. Holt*
Benjamin F. Holt
Adam K. Levin
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
benjamin.holt@hoganlovells.com
adam.levin@hoganlovells.com
justin.bernick@hoganlovells.com

Jasmeet K. Ahuja
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
jasmeet.ahuja@hoganlovells.com

*Counsel for Defendant Mylan Inc. and Mylan Pharmaceuticals Inc.*

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.
William S.D. Cravens
Neaha P. Raol
Y. Frank Ren
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001
clay.everett@morganlewis.com
william.cravens@morganlewis.com
neaha.raol@morganlewis.com
frank.ren@morganlewis.com

Molly R. Maidman
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street

Boston, MA 02110
Telephone: +1.617.341.7996
Facsimile: +1.617.341.7701
molly.maidman@morganlewis.com

Harvey Bartle IV
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
harvey.bartle@morganlewis.com

*Counsel for Defendant Perrigo New York, Inc.*

<u>/s/ Ilana H. Eisenstein</u>
Ilana H. Eisenstein
Ben C. Fabens-Lassen
DLA PIPER LLP (US)
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
ilana.eisenstein@dlapiper.com
ben.fabens-lassen@dlapiper.com

Edward S. Scheidman
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Edward.scheideman@dlapiper.com

*Counsel for Defendant Pfizer Inc. and Greenstone, LLC*


<u>/s/ Laura S. Shores</u>
Laura S. Shores
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue
Washington, DC 20001
Telephone: (202) 942-5000
laura.shores@arnoldporter.com

Saul P. Morgenstern
Margaret A. Rogers

Ada V. Añon
Kathryn L. Rosenberg
Andrew R. Hirschel
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
margaret.rogers@arnoldporter.com
saul.morgenstern@arnoldporter.com
ada.anon@arnoldporter.com
kathryn.rosenberg@arnoldporter.com
andrew.hirschel@arnoldporter.com

*Counsel for Defendants Sandoz Inc. and Fougera Pharmaceuticals Inc.*

*/s/ Erik T. Koons*
John M. Taladay
Erik T. Koons
Stacy L. Turner
Christopher P. Wilson
BAKER BOTTS LLP
700 K Street, NW
Washington, DC 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
erik.koons@bakerbotts.com
john.taladay@bakerbotts.com
stacy.turner@bakerbotts.com
christopher.wilson@bakerbotts.com

Lauri A. Kavulich
Ann E. Lemmo
CLARK HILL PLC
2001 Market St, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com
alemmo@clarkhill.com

Lindsay S. Fouse
CLARK HILL PLC
301 Grant St, 14th Floor
Pittsburgh, PA 15219

Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendants Sun Pharmaceutical Industries, Inc. and Taro Pharmaceuticals U.S.A., Inc.*

*/s/ Damon W. Suden*
William A. Escobar
Damon W. Suden
Clifford Katz
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7987
wescobar@kelleydrye.com
dsuden@kelleydrye.com
ckatz@kelleydrye.com

*Counsel for Defendant Wockhardt USA LLC*

*/s/ G. Robert Gage, Jr.*
G. Robert Gage, Jr.
GAGE SPENCER & FLEMING LLP
410 Park Avenue
New York, NY 10022
Telephone: (212) 768-4900
grgage@gagespencer.com

*Counsel for Defendant Ara Aprahamian*




*/s/ Patrick M. Hromisin*
Patrick M. Hromisin
Michelle N. Lipkowitz
SAUL EWING ARNSTEIN & LEHR LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-21086
Telephone: (215) 972-8396
Fax: (215) 972-2280
patrick.hromisin@saul.com

michelle.lipkowitz@saul.com

*Counsel for Defendant Mitchell Blashinsky*

*/s/ Guy Petrillo*
Guy Petrillo
Christina Karam
PETRILLO KLEIN & BOXER LLP
655 Third Ave.
22nd Floor
New York, NY 10017
212-370-0330

*Counsel for Defendant Douglas Boothe*

*/s/ Robert E. Connolly*
Robert E. Connolly
LAW OFFICES OF ROBERT E. CONNOLLY
1735 Market Street
Suite A, #469
Philadelphia, Pa. 19103
Telephone: (215) 219-4418
bob@reconnollylaw.com

*Counsel for Defendant James Grauso*

*/s/ Michael Weinstein*
Michael Weinstein
COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
201-489-3000
201-489-1536 Facsimile
mweinstein@coleschotz.com

*Counsel for Defendant Walter Kaczmarek*

*/s/ Erica S. Weisgerber*
Erica S. Weisgerber
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: 212-909-6000
Facsimile: 212-909-6836

eweisgerber@debevoise.com

Edward D. Hassi (D.C. Bar No. 1026776)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-383-8000
Facsimile: 202-383-8118
thassi@debevoise.com

*Counsel for Defendant Armando Kellum*

*/s/ Richard L. Scheff*
Richard L. Scheff
Bianca A. Valcarce
ARMSTRONG TEASDALE LLP
2005 Market Street, 29th Floor
One Commerce Square
Philadelphia, PA 19103
Telephone: (267) 780-2000
Facsimile: (215) 405-9070
rlscheff@atllp.com
bvalcarce@atllp.com

*Counsel for Defendant Kurt Orlofski*

*/s/ Adam S. Lurie*
Adam S. Lurie
LINKLATERS LLP
601 Thirteenth Street NW
Suite 400S
Washington, DC 20005
Telephone: (202) 654-9200
Facsimile: (202) 654-9210
adam.lurie@linklaters.com


Michael Pilcher
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
michael.pilcher@linklaters.com

*Counsel for Defendant Michael Perfetto*

*/s/ Alexander R. Bilus*
Alexander R. Bilus
SAUL EWING ARNSTEIN & LEHR LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-21086
Telephone: (215) 972-7180
Facsimile: (215) 972-7725
alexander.bilus@saul.com

*Counsel for Defendant Erika Vogel-Baylor*

## **CERTIFICATION**

I hereby certify that on April 18, 2022, I caused the foregoing Stipulated Motion to be filed electronically with the Clerk of Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

/s/ David Houska
David Houska
Deputy Attorney General
STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY GENERAL