**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO:**<br><br>*In re State Attorneys General Litigation* | **HON. CYNTHIA M. RUFE**<br><br>**Individual Case No. 20-3539** |

**ORDER**

      **AND NOW**, this 27th day of February 2023, upon consideration of the motions and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

      1.     The Motion to Dismiss of Defendants Actavis Holdco U.S. Inc., Actavis Elizabeth LLC and Actavis Pharma, Inc. [Doc. No. 113] is **GRANTED in part and DENIED in part**. The Motion is **GRANTED** as to the claims concerning Methylphenidate HCL ER tablets in Count 5. The Motion is otherwise **DENIED**.

      2.     The Motion to Dismiss of Defendant Lannett Company, Inc. [Doc. No. 114] is **DENIED**.

      3.     The Motion to Dismiss of Defendant Bausch Health Americas, Inc. and Baush Health US, LLC [Doc. No. 115] is **DENIED**.

      4.     The Motion to Dismiss of Defendant Sun Pharmaceutical Industries, Inc. [Doc. No. 116] is **GRANTED in part and DENIED in part**.  The Motion is **GRANTED** as to the claims concerning Methylphenidate HCL ER, as Plaintiff has withdrawn those claims.  The Motion is otherwise **DENIED**.

5.      The Motion to Dismiss of Defendant John Wesolowski [Doc. No. 117] is **DENIED**.

6.      The Motion to Dismiss of Defendant Michael Perfetto [Doc. No. 118] is **DENIED**.

7.      Defendants' Joint Motion to Dismiss Plaintiffs' Federal-Law Claims [Doc. No. 119] is **GRANTED in part and DENIED in part**. Defendants' Motion to Dismiss is **GRANTED** to the extent that it seeks dismissal of Plaintiffs' claims for disgorgement under § 16 of the Clayton Act; and the Motion is **DENIED** to the extent that it seeks dismissal of Plaintiffs' federal claims for injunctive relief as *parens patriae* under federal law.

8.      Defendants' Joint Motion to Dismiss on Statute of Limitations Grounds [Doc. No. 121] is **DENIED**.

9.      The Motion to Dismiss of Defendants Mylan, Inc. and Mylan Pharmaceuticals, Inc. [Doc. No. 122] is **DENIED**.

10.     Defendants' Joint Motion to Dismiss the Overarching Conspiracy Claims [Doc. No. 123] is **DENIED**.

11.     The Motion to Dismiss of Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals, Inc. [Doc. No. 124] is **DENIED**.

12.     The Motion to Dismiss of Defendant Pfizer Inc. [Doc. No. 125] is **DENIED**.

13.     The Motions for  Leave to File Excess Pages [Doc. Nos. 161, 171] are **GRANTED**.

It is so **ORDERED**.

BY THE COURT:
/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

2