# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL NO. 2724<br>Case No. 16-md-2724-CMR<br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:** | |
| *1199SEIU National Benefit Fund et al v. Actavis Holdco U.S., Inc. et al.* | No. 18-cv-2401 |
| *1199SEIU National Benefit Fund et al v. Actavis Holdco U.S., Inc. et al.* | No. 19-cv-6011 |
| *AHOLD USA, Inc., et al. v. Actavis Holdco U.S., Inc. et al.* | No. 18-cv-2641 |
| *AHOLD USA, Inc., et al. v. Aurobindo Pharma USA, Inc.* | No. 16-gl-27241 |
| *Cesar Castillo, Inc. v. Actavis Holdco U.S., Inc. et al.* | No. 20-cv-0721 |
| *Cigna Corp. v. Actavis Holdco US Inc., et al.* | No. 20-cv-02711 |
| *Connecticut et al v. Teva Pharmaceuticals USA, Inc.* | No. 19-cv-2407 |
| *County of Albany et al v. Actavis Holdco US, Inc. et al.* | No. 21-cv-01875 |
| *County of Nassau et al v. Actavis Holdco US, Inc. et al.* | No. 20-cv-0065 |
| *County of Suffolk v. Actavis Holdco US, Inc. et al.* | No. 20-cv-04893 |
| *County of Westchester v. Actavis Holdco US Inc. et al.* | No. 21-cv-04474 |
| *CVS Pharmacy v. Actavis Elizabeth, LLC, et al.* | No. 20-cv-06310 |

| | |
|---|---|
| *Harris County, Texas v. Teva Pharmaceuticals USA, Inc. et al.* | **No. 20-cv-02296** |
| *Health Care Service Corp. v. Actavis Elizabeth, LLC et al.* | **No. 19-cv-05819** |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | **No. 20-cv-6303** |
| *Humana Inc. v. Actavis Elizabeth, LLC* | **No. 19-cv-4862** |
| *J.M. Smith Corp. v. Actavis Holdco U.S., Inc., et al.* | **No. 20-cv-04370** |
| *Molina Healthcare, Inc. v. Actavis Elizabeth, LLC et al.* | **No. 20-cv-695** |
| *MSP Recovery Claims, Series LLC, et al. v. Actavis Elizabeth, LLC, et al.* | **No. 20-cv-00231** |
| *Reliable Pharmacy et al v. Actavis Holdco U.S., Inc. et al.* | **No. 19-cv-6044** |
| *Reliable Pharmacy et al v. Actavis Holdco US, Inc. et al.* | **No. 20-cv-6291** |
| *Rite Aid Corp., et al. v. Actavis Holdco U.S., Inc., et al.* | **No. 20-cv-03367** |
| *State of Connecticut et al v. Aurobindo Pharma USA, Inc. et al.* | **No. 17-cv-3768** |
| *State of Connecticut et al v. Sandoz Inc. et al.* | **No. 20-cv-3539** |
| *State of Connecticut et al v. Teva Pharmaceuticals USA, Inc. et al.* | **No. 19-cv-2407** |
| *The Kroger Co. et al v. Actavis Holdco U.S., Inc., et al.* | **No. 18-cv-0284** |
| *United HealthCare Services, Inc. v. Actavis Holdco U.S., Inc., et al.* | **No. 19-cv-00629** |
| *United HealthCare Services, Inc. v. Sandoz, Inc., et al.* | **No. 20-cv-06557** |

| | |
|---|---|
| *United HealthCare Services, Inc. v. Teva Pharmaceuticals USA, Inc. et al.* | **No. 19-cv-5042** |
| *Walgreens Co. v. Actavis Holdco U.S., Inc., et al.* | **No. 20-cv-06258** |
| *West Val Pharmacy et al v. Actavis Holdco U.S., Inc. et al.* | **No. 18-cv-2533** |
| *Winn-Dixie v. Actavis Holdco U.S., Inc, et al.* | **No. 20-cv-06290** |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Pursuant to Pretrial Order No. 1 ¶ 7, kindly enter the appearance of Ariela Anhalt of the firm Wiggin and Dana LLP, as counsel for defendant Aurobindo Pharma U.S.A., Inc. in the above-captioned cases.

Dated: August 16, 2023

                                              Respectfully submitted,

                                              /s/ *Ariela Anhalt*
                                              Ariela Anhalt
                                              **WIGGIN AND DANA LLP**
                                              One Century Tower
                                              265 Church Street
                                              New Haven, CT 06510
                                              Tel: (203) 498-4455
                                              Fax: (203) 782-2889
                                              aanhalt@wiggin.com

                                              *Counsel for Defendant Aurobindo Pharma U.S.A., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2023, I caused a copy of the foregoing to be filed through this Court's CM/ECF filer system, which will serve a notice of electronic filing on all registered users, including counsel of record for all parties.

                                              /s/ *Ariela Anhalt*
                                              Ariela Anhalt