# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:**<br>*State of Connecticut, et al v. Sandoz, Inc., et al.* | C.A. No. 20-cv-03539 |

## JOINT WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please withdraw the appearance of the following attorneys at Fox Rothschild LLP, as attorneys for Lannett Company, Inc., in connection with the above-captioned matter:

Dated: December 8, 2023

*/s/ Gerald E. Arth*
Gerald E. Arth
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2000
Fax: (215) 299-2150
garth@foxrothschild.com

*/s/ Ryan T. Becker*
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2000
Fax: (215) 299-2150
rbecker@foxrothschild.com

*/s/ Nathan M. Buchter*
*FOX ROTHSCHILD LLP*
*2000 Market Street, 20th Floor*
*Philadelphia, PA 19103*
*Tel: (215) 299-2000*
*Fax: (215) 299-2150*
*nbuchter@foxrothschild.com*

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2023, I caused the foregoing Joint Withdrawal of Appearance to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

/s/ Ryan T. Becker  
Ryan T. Becker, Esquire

Dated: December 8, 2023